**Fidel Cassino-DuCloux**
FEDERAL PUBLIC DEFENDER
**Stephen R. Sady**
Chief Deputy Federal Public Defender
**Julie Vandiver, Jessica Snyder,**
**Robert Hamilton, Michael Benson,**
**Peyton E. Lee, and Megha Desai**
Assistant Federal Public Defenders
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123

**David F. Sugerman**, OSB No. 862984
**Nadia Dahab**, OSB No. 125630
SUGERMAN DAHAB
707 SW Washington St., Ste. 600
Portland, OR 97205
Tel: (503) 228-6474

**Attorneys for Petitioners**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WALTER BETSCHART, JOSHUA SHANE BARTLETT, CALEB AIONA, TYRIK DAWKINS, JOSHUA JAMES-RICHARDS, TANIELA KINI KIN LATU, RICHARD OWENS, LEON MICHAEL POLASKI, ALEX SARAT XOTOY, TIMOTHY WILSON, JEFFREY DAVIS, RICHARD AARON CARROLL, SR., JENNIFER LYN BRUNETTE, NICHOLAS WALDBILLIG, DEREK PIMENO ZAVALA, CURTIS RAY ANTHONY REMINGTON, CRISTA JEAN DAVIS, NICHOLE LYNN WHALEN, and JACOB ISAAC NATHANIEL COLE, on their behalf, and on behalf of all others similarly situated,<br><br>      Petitioners,<br><br> v.<br><br>PATRICK GARRETT, WASHINGTON COUNTY SHERIFF, in his official capacity, WASHINGTON COUNTY CIRCUIT COURT JUDGES, in their official capacities, and THE STATE OF OREGON,<br><br>      Respondents. | Case No. 3:23-cv-01097-CL<br><br>**DECLARATION OF NICHOLAS EARL WALDBILLIG** |

I, Nicholas Earl Waldbillig, declare under penalty of perjury as follows:

1. I make this declaration based upon my own personal knowledge. If called to testify to the following facts, I would, and could, competently do so.

2. I am one of the named petitioners and proposed class representatives in a class action suit against the State of Oregon. I make this declaration in support of petitioners' motion for class certification.

3. I have been informed of the responsibilities of a class representative.

4. In general terms, I understand the claims in the case and am keeping informed about the progress of the case.

5. I am able and willing to serve as a class representative. I have no known conflicts with any members of the class.

6. If appointed, I will stay informed about the case. I will keep in contact with my lawyers. I will put the interests of the class first.

7. I have been facing criminal charges, in two cases, in Deschutes County Circuit Court since about March 2, 2023, when my previous convictions were vacated because of a non-unanimous jury verdict, and I do not have a lawyer representing me on those cases. I signed a release agreement on or about April 19, 2023, requiring me to wear a GPS ankle monitor and pay $380 a month for GPS monitoring, and $7000 was held for bail. Trial is set for November 28, 2023, and all suppression motions were due back on August 25, 2023. Since I have not been provided a lawyer the trial will have to be pushed off and I will have to pay more in GPS monitoring fees and the $7000 for bail will have to be held longer.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated this 1st day of September, 2023.

Respectfully submitted,

*Nicholas Waldbillig*

**Nicholas Earl Waldbillig**