ELLEN F. ROSENBLUM
Attorney General
JAMES M. AARON #132865
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: James.Aaron@doj.state.or.us

Attorneys for Respondents Washington County Circuit Court Judges and State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| WALTER BETSCHART, ET AL., Petitioners, v. SHERIFF PATRICK GARRETT, ET AL., Respondents. | Case No. 3:23-cv-01097-CL<br><br>JOINT MOTION TO REVISE SCHEDULING ORDER |
|---|---|

All parties jointly move the Court to strike the existing scheduling order and adopt the following proposed scheduling order in this case:

| | |
|---|---|
| Respondents' Response to Petitioners' Motion for Preliminary Injunction (Doc. No. 37) | September 26, 2023 |
| Respondents' Response to Petitioners' Second Motion to Certify Class (Doc No. 39) | September 26, 2023 |
| Petitioners' Reply in Support of Second Amended Petition | September 29, 2023 |
| Petitioners' Response to Washington County Circuit Court Judges' Motion to Dismiss | September 29, 2023 |
| Petitioners' Response to State Respondents' Motion for Reconsideration | September 29, 2023 |

Page 1 -   JOINT MOTION TO REVISE SCHEDULING ORDER
    JA/mmv/911792055

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

| Petitioners' Reply in Support of Motion for Preliminary Injunction (Doc No. 37) | October 10, 2023 |
| --- | --- |
| Petitioners' Reply in Support of Second Motion to Certify Class (Doc No. 39) | October 10, 2023 |
| State Respondents' Reply in Support of Motion for Reconsideration | October 13, 2023 |
| Washington County Judges' Reply in Support of Motion to Dismiss | October 13, 2023 |

The proposed schedule accounts for motions that have been filed since the last scheduling order and allows the parties to address all of the matters before the court in an expedited fashion and to join the issues for the hearing currently scheduled before the Court on October 24, 2023. This motion is supported by Fed. R. Civ. P. 6(b) and the concurrently filed declaration of counsel.

DATED September 19, 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


*s/ James M. Aaron*
JAMES M. AARON #132865
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
James.Aaron@doj.state.or.us
Of Attorneys for Respondents Washington County Circuit Court Judges and State of Oregon

Page 2 -   JOINT MOTION TO REVISE SCHEDULING ORDER
    JA/mmv/911792055

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794