IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DYLAN SCOTT TULIO, and MARCO NAVARRETE, on their behalf, and on behalf of all others similarly situated,

    Petitioners,

vs.

NATHAN SICKLER, JACKSON COUNTY SHERIFF, in his official capacity, and THE STATE OF OREGON,

    Respondents.

-- AND --

WALTER BETSCHART, JOSHUA SHANE BARTLETT, CALEB AIONA, TYRIK DAWKINS, JOSHUA JAMES-RICHARDS, TANIELA KINI KIN LATU, RICHARD OWENS, LEON MICHAEL POLASKI, ALEX SARAT XOTOY, TIMOTHY WILSON, JEFFREY DAVIS, RICHARD AARON CARROLL, SR., JENNIFER LYN BRUNETTE, NICHOLAS WALDBILLIG, DEREK PIMENO ZAVALA, CURTIS RAY ANTHONY REMINGTON, CRISTA JEAN DAVIS, NICHOLE LYNN WHALEN, and JACOB ISAAC NATHANIEL COLE, on their behalf, and on behalf of all others similarly situated,

    Petitioners,

Case No. 1:23-cv-01533-MC

STIPULATED ORDER ON CONSOLIDATION OF CASES

Case No. 3:23-cv-01097-CL

1 – STIPULATED ORDER ON CONSOLIDATION OF CASES

vs.

SHERIFF PATRICK GARRETT, Washington
County Sheriff, in his official capacity, and
WASHINGTON COUNTY CIRCUIT COURT
JUDGES, in their official capacities, and THE STATE
OF OREGON,

                Respondents.

This matter comes before the Court, all parties to the matters having conferred and none opposing, the Court hereby Orders the cases of *Tulio et al. v. Sickler et al.,* 1:23-cv-01533-MC, and *Betschart et al. v. Garrett et al.* 3:23-cv-01097-CL are CONSOLIDATED as 3:23-cv-01097-CL. No further filings shall be made in 1:23-cv-01533-MC, which file shall be administratively closed. All pleadings therein maintain their legal relevance. Any further pleadings received by the Clerk of Court for Case No. 1:23-cv-01533-MC shall be filed in Case No. 3:23-cv-01097-CL.

SO ORDERED:

Dated:   November 13, 2023.

                                            ____s/Michael J. McShane_____
                                            MICHAEL J. McSHANE
                                            UNITED STATE DISTRICT COURT