|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | NOV 9 2023 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

WALTER BETSCHART, on their behalf, and on behalf of all others similarly situated, et al.

        Petitioners - Appellees,

v.

WASHINGTON COUNTY CIRCUIT COURT JUDGES, in their official capacities and STATE OF OREGON,

        Respondents - Appellants

PATRICK GARRETT, Sheriff, Washington County Sheriff, in his official capacity,

        Respondent.

No. 23-2270

D.C. No. 3:23-cv-01097-CL
District of Oregon, Portland

ORDER

Before: CHRISTEN and MILLER, Circuit Judges.

The motion for a limited remand (Docket Entry No. 13) is granted. *See* Fed. R. App. P. 12.1(b). This case is remanded to the district court for the limited purpose of enabling the district court to consider a request to clarify or amend the November 2, 2023 preliminary injunction order.

Within 24 hours after the district court's ruling, appellants must notify this court in writing. This court will establish a due date for the response to the emergency stay motion after the district court's ruling.