**FILED**

NOV 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WALTER BETSCHART, on their behalf, and on behalf of all others similarly situated, et al.<br><br>   Petitioners - Appellees,<br><br> v.<br><br>WASHINGTON COUNTY CIRCUIT COURT JUDGES, in their official capacities and STATE OF OREGON,<br><br>   Respondents - Appellants<br><br>PATRICK GARRETT, Sheriff, Washington County Sheriff, in his official capacity,<br><br>   Respondent. | No. 23-2270<br><br>D.C. No. 3:23-cv-01097-CL<br>District of Oregon, Portland<br><br>ORDER |
| WALTER BETSCHART, et al.<br><br>   Petitioners - Appellants,<br><br> v.<br><br>STATE OF OREGON and WASHINGTON COUNTY CIRCUIT COURT JUDGES,<br><br>   Respondents - Appellees. | No. 23-3560<br><br>D.C. No. 3:23-cv-01097-CL<br>District of Oregon, Portland |

Before: W. FLETCHER, CHRISTEN, and MILLER, Circuit Judges.

  The motion to stay the district court's November 2, 2023 and November 14,

2023 orders (Docket Entry No. 15 in 23-2270) is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal). In granting a stay, we do not intend to constrain the merits panel's consideration of the merits of these cross-appeals in any way.

We sua sponte expedite these cross-appeals. The first brief on cross-appeal is due December 8, 2023. The second brief on cross-appeal is due December 22, 2023. The third brief on cross-appeal is due January 5, 2024. The optional cross-appeal reply brief is due January 16, 2024. No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(3). Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

The Clerk will place these cross-appeals on the calendar for February 2024. *See* 9th Cir. Gen. Ord. 3.3(g).