Julie Vandiver, AR Bar 2008285
Assistant Federal Public Defender
Email: Julie_Vandiver@fd.org
101 SW Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
Attorney for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| WALTER BETSCHART, JOSHUA SHANE BARTLETT, CALEB AIONA, TYRIK DAWKINS, JOSHUA JAMES-RICHARDS, TANIELA KINI KIN LATU, RICHARD OWENS, LEON MICHAEL POLASKI, ALEX SARAT XOTOY, TIMOTHY WILSON, JEFFREY DAVIS, RICHARD AARON CARROLL, SR., JENNIFER LYN BRUNETTE, NICHOLAS WALDBILLIG, DEREK PIMENO ZAVALA, CURTIS RAY ANTHONY REMINGTON, CRISTA JEAN DAVIS, NICHOLE LYNN WHALEN, and JACOB ISAAC NATHANIEL COLE, on their behalf, and on behalf of all others similarly situated,<br><br>        Petitioners,<br><br>v.<br><br>SHERIFF PATRICK GARRETT, Washington County Sheriff, in his official capacity, and WASHINGTON COUNTY CIRCUIT COURT JUDGES, in their official capacities, and THE STATE OF OREGON,<br><br>        Respondents. | Case No. 3:23-cv-01097-CL (LEAD)<br><br>JOINT STATUS REPORT |

Page 1 JOINT STATUS REPORT

-- AND --

DYLAN SCOTT TULIO, and MARCO NAVARRETE, on their behalf, and on behalf of all others similarly situated,

    Petitioners,

v.

NATHAN SICKLER, JACKSON COUNTY SHERIFF, in his official capacity, and THE STATE OF OREGON,

    Respondents.

Case No. 1:23-cv-01533-MC

The parties submit the following joint status report pursuant to this Court's October 21, 2024 scheduling order (ECF 121).

1. The Court's preliminary injunction was upheld by the Ninth Circuit. *Betschart v. Oregon*, 103 F.4th 607 (9th Cir. 2024). The State opted not to pursue a petition for rehearing or a certiorari petition.

2. In a separate memorandum opinion, the Ninth Circuit affirmed this Court's decision to abstain in the case of the proposed restrictive-conditions class. *Betschart v. Oregon*, 2024 WL 2801587 (9th Cir. May 31, 2024). The Ninth Circuit also declined to allow an appeal of the Court's denial of class certification for the proposed restrictive-conditions class. *Betschart v. Oregon*, No. 23-3573 (Doc. 27.1) (May 31, 2024).

3. Following the Ninth Circuit's affirmance of this Court's preliminary injunction, the Oregon Judicial Department updated its "Unrepresented Individuals" [dashboard](dashboard) to track the numbers of persons potentially subject to the Court's order and those not subject to the Court's

order. The dashboard contains a page explaining the criteria used to determine display on the dashboard and the limitations to the data reporting. Exhibit A.

4. In the period since the Court's order has been in effect, the dashboard reflects that the number of persons "In-Custody-Potentially Subject to Betschart >=7 Days" has remained low. Exhibit B. At the time of filing the "Unrepresented and In Custody" numbers are as follows:

| CategoryNew | Unrepresented Today |
|---|---|
| In Custody - Potentially Subject to Betschart >= 7 Days | 5 |
| In Custody - Potentially Subject to Betschart < 7 Days | 12 |
| In Custody - Not Subject to Betschart | 134 |

5. Additionally, the parties have discussed and are continuing to discuss whether they can reach a settlement regarding the terms of a permanent injunction. Counsel for the class, the State of Oregon, and Washington and Jackson Counties met on August 7, 2024, and had a productive discussion regarding possible settlement. Counsel for the class and the State of Oregon had a subsequent meeting on October 1, 2024, and established that there remained interest in continuing settlement discussions. The parties intend to continue those discussions, involving all parties, in earnest.

6. The parties are available to discuss any of the foregoing at the Court's convenience, or are amenable to a further status report deadline to report on the progress of settlement discussions.

Respectfully Submitted,

Dated: November 4, 2024.

                                              */s/ Julie Vandiver*
                                              Julie Vandiver
                                              Counsel for Petitioners

                                              */s/ James Aaron*
                                              James Aaron
                                              Counsel for State of Oregon

                                              */s/ Eamon McMahon*
                                              Counsel for Patrick Garrett

                                              */s/Joel Benton*
                                              Counsel for Nathan Sickler