Hamid Michael Hejazi
Inmate ID #3925882
Lane County Adult Corrections
101 West 5th Avenue
Eugene, OR 97401

In The United States District Court For The
District Of Oregon

| | |
|---|---|
| Walter Betschart, Et Al, Petitioner(s), vs. Sheriff Patrick Garrett, Washington County Sheriff, Et Al, Respondent(s). (Intervenor: Hamid Michael Hejazi) | Case No: 3:23-CV-01097-CL Intervenor's Motion for federal Relief /with Declaration in Support |

Expedited decision requested.

 This author, Hamid Michael Hejazi, requests FRCP 24 intervenor status in this case, or any other assistance availible to him by law, and claiming an interest in this case, representing the interests of those charged criminally before the Oregonian municipal courts — there being no adverse impact upon the exsisting parties by the same — pleads hereby, and per the enclosed declaration, entered pursuant to this court's statewide release judgement (signed on November 2, 2023), the Lane County Circuit Court having concurrent jurisdiction over this

author with the Eugene Municipal Court on the charges brought against him on May 1, 2025, the municipal court failing to appoint this author a timely indigent public defense attorney, this author being in custody as of today for eleven (11) days, now requests expedited federal relief, assistance by U.S. Marshals, civil contempt order, sanctions, and/or any other relief deemed justified; irrepairable harm to this author occuring to him daily; the Eugene Municipal Court being duly advised and admonished as such, and yet ignoring the same.

## Points and Authorities

FRCP Rule 24 allows any party by pleading to seek and be granted intervenor status in a case before the court; any U.S. District Court having enforcement authority over its orders, by contempt.

Dated, May 11, 2025

Respectfully Submitted,

*/s/ Michael Hejazi*

Hamid Michael Hejazi

Page 2 of 4 | Intervenor's Motion

Declaration of Intervenor Hamid Michael Hejazi

I, Hamid Michael Hejazi, author, declare that the following is true and complete to the best of my knowledge:

1. I am competent to give this declaration, I am over the age of 18 years old, and I seek intervenor status in this case, or any other status wherein this court can and will assist me, and so grant me federal relief; for the reasons that:

2. I am being criminally charged in the Eugene Municipal Court, in Eugene, Oregon, the Lane County Circuit Court having concurrent jurisdiction over the same charges; and, in my case, I was arraigned, pled not-guilty, and requested counsel's appointment at public expense, giving the Eugene Municipal Court a qualified affidavit of my financial eligibility for court appointed counsel, Hon. Judge Sabitt granting my request, saying that counsel would be appointed to me, each occurring on May 1, 2025; and, yet, since then I have been held at Lane County Adult Corrections at 101 West 5th Avenue, in Eugene, Oregon, without aid of counsel.

3. I three (3) times, by sent Inmate Kytes, since May 5, 2025, admonished the Eugene Municipal Court as to this court's seven (7) day pretrial

Page 3 of 4 | Intervenor's Motion

release order, as signed by the Hon. Judge McShane on November 2, 2023 - to no avail.

4. Daily I go without the aid of counsel and so miss out on opportunities for legal remediation of my situation; including the loss of defense evidence and witnesses.

5. I've never waived my right to indigent status public defender by any means before the Eugene Municipal Court, whatsoever.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on May 11, 2025

*(signature)*

Hamid Michael Hejazi

## Proof of Service

I, Hamid Michael Hejazi, certify that today I caused a handwritten copy of the above motion and declaration to be mailed to respondents' counsel, Attorney General Dan Rayfield, Eugene City Prosecutor Travis Smith, and the Eugene Municipal Court.

Signed

Dated, May 11, 2025

Hamid Michael Hejazi

Page 4 of 4 | Intervenor's Motion

Hamid M. Hejazi
Inmate ID 3925882
Lane County Jail
101 West 5th Ave.,
Eugene, OR 97401

Legal Mail

PORTLAND OR 972

14 MAY 2025 PM 1 L

Court Clerk
U.S. District Court for Oregon
Oregon District Court
1000 SW 3rd Ave
Portland OR 97204

97204

97204-293790