|  |  | FILED |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | DEC 1 2025 |
| FOR THE NINTH CIRCUIT | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOSHUA SHANE BARTLETT; et al.,

        Petitioners - Appellees,

 v.

STATE OF OREGON,

        Respondent - Appellee,

 v.

HAMID MICHAEL HEJAZI,

        Movant - Appellant.

No. 25-6217

D.C. No. 3:23-cv-01097-CL
District of Oregon, Portland

ORDER

Appellant has not timely filed the opening brief or filed a motion to proceed in forma pauperis or proof that fees were paid to the district court, as ordered by this court on October 23, 2025.

This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT