FILED

FEB 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSHUA SHANE BARTLETT; et al., <br><br> Petitioners - Appellees, <br><br> v. <br><br> STATE OF OREGON, <br><br> Respondent - Appellee, <br><br> v. <br><br> HAMID MICHAEL HEJAZI, <br><br> Movant - Appellant. | No. 25-6217 <br><br> D.C. No. 3:23-cv-01097-CL <br> District of Oregon, Portland <br><br> ORDER |

Before:   CALLAHAN, FRIEDLAND, and BRESS, Circuit Judges.

The motion (Docket Entry No. 11) for an extension of time to file the opening brief is treated as a motion to reinstate this appeal, and is granted. *See Meyers v. Birdsong*, 83 F.4th 1157, 1159 (9th Cir. 2023) (addressing standards for reinstatement).

The dismissal order (Docket Entry No. 6) is vacated and the appeal is reinstated.

The motion (Docket Entry No. 12) to proceed in forma pauperis is granted.

The clerk will file the opening brief at Docket Entry No. 9.

Upon review of the record and opening brief, we conclude that the questions on review are too insubstantial to warrant further briefing. *See* 9th Cir. R. 3-6(a) (standard for summary disposition); *see also United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982). The district court properly denied Hamid Michael Hejazi's motion to intervene. *See* Fed. R. Civ. P. 24(a), (b); *Perry v. Proposition 8 Official Proponents*, 587 F.3d 947, 950 (9th Cir. 2009) (requirements for intervention as of right); *Donnelly v. Glickman*, 159 F.3d 405, 412 (9th Cir. 1998) (requirements for permissive intervention).

The district court's September 5, 2025, order denying Hejazi's intervention motion is affirmed.

**AFFIRMED.**