# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 5, 2026

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Hamid Michael Hejazi
v. Joshua Shane Bartlett, et al.
No. 25-7548
(Your No. 25-6217)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*). Justice Jackson, dissenting: I respectfully dissent from the order barring this incarcerated petitioner from filing future *in forma pauperis* petitions in noncriminal matters. See *Howell* v. *Circuit Court of Indiana*, 607 U. S. ___ (2026) (Jackson, J., dissenting).

Sincerely,

**Scott S. Harris**, Clerk